

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile:  212-492-2501
www.ogletree.com

Aaron Warshaw
212-492-2509
aaron.warshaw@ogletree.com

October 12, 2021

**VIA ECF**
The Honorable Joan M. Azrack
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   Werner Mejia Lima v. Paul Napoli and Marie Napoli, No. 19-CV-1699 (JMA)(AKT)

Dear Judge Azrack:

As Your Honor is aware, we represent Defendants-Counterclaimants Paul Napoli and Marie Napoli ("Defendants") in the above-referenced case. Pursuant to Your Honor's September 30, 2021 order, the parties jointly submit their proposed summary judgment briefing schedule as follows:

- Defendants' opening papers served by November 15, 2021;

- Plaintiff's opposition papers served by December 15, 2021; and

- Defendants' reply papers served and all papers filed by January 7, 2022.[1]

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By /s Aaron Warshaw
    Aaron Warshaw
    Jamie Haar

cc:  Michael Taubenfeld

---

[1]   The parties will adhere to Your Honor's "bundling rule" pursuant to Individual Rule IV.F.2.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington